UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY M. MONROE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-626** |
| **DEPUTY RICHARD REIDEL, ET AL.** | **SECTION "C" (1)** |

## REPORT AND RECOMMENDATION

In February of 2015, plaintiff, Anthony M. Monroe, filed this federal civil rights action against Deputies Richard Reidel and Mike Collason. Plaintiff paid the required filing fee on March 23, 2015.

The Federal Rules of Civil Procedure provide: "The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c). In pertinent part, Rule 4(m) provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

On July 22, 2015, the undersigned issued an order advising plaintiff that there was no proof in the record that the defendants had been served. The undersigned ordered that "on or before **August 24, 2015**, plaintiff file in the record proof that the defendants have been served or show good cause for failing to effect service." He was warned that failure to comply with that order would

result in a recommendation that his claims be dismissed without prejudice.[1] Plaintiff did not comply with that order.

Because plaintiff has failed to show either that he effected service on the defendants within the time allowed or that he had good cause for failing to do so, his claims should be dismissed.

## RECOMMENDATION

It is therefore **RECOMMENDED** that plaintiff's federal civil rights claims be **DISMISSED WITHOUT PREJUDICE**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. 28 U.S.C. § 636(b)(1); Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).[2]

New Orleans, Louisiana, this twenty-seventh day of August, 2015.



**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Rec. Doc. 4.

[2] Douglass referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend that period to fourteen days.